TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00529-CV

Margaret Boyd, Appellant

v.

Manuel Rios; Collier Trucking, Inc., a Division of TIC United Corporation;

Noah Horn, Jr., Individually and d/b/a Noah Horn Trucking;

and Horn Trucking Company, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. 98-03046, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING 

PER CURIAM

 Appellant Margaret Boyd moves to dismiss this appeal. We grant the motion and
dismiss this appeal.

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: October 7, 1999

Do Not Publish